# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JEFFREY M. MANDLER AND NUCLEAR IMAGING SYSTEMS, INC., | : | No. 17 MAP 2021 |
| | : | |
| Appellants | : | Appeal from the Order of Commonwealth Court dated March 3, 2021 at No. 483 FR 2014 |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| Appellee | : | |
| | : | |
| JEFFREY M. MANDLER AND CARDIOVASCULAR CONCEPTS, P.C., | : | No. 18 MAP 2021 |
| | : | |
| Appellants | : | Appeal from the Order of Commonwealth Court dated March 3, 2021 at No. 484 FR 2014 |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**                                           **DECIDED:  September 22, 2021**

AND NOW, this 22nd day of September, 2021, the order of the Commonwealth Court is **AFFIRMED**.